# Court of Appeals
# of the State of Georgia

ATLANTA,____March 09, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1134. JACKIE W. ADAMS JR. v. BANK OF AMERICA.**

This case began as a dispossessory action in magistrate court. After the magistrate court entered judgment in favor of Bank of America, Jackie Adams filed an appeal in superior court. The superior court also entered a writ of possession in favor of Bank of America, and Adams filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Adams was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Adams's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_____* 03/09/2015____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*